| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lloyd, Joan A. | W.D. KY | 04/26/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

601 West Broadway, Suite 541
Louisville, KY 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust III |
| 2. | Limited Partner | Company disclosed Part VII, Line 38 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust III | | | | | | | | | |
| 2. American Funds: Fundamental Investors | A | Dividend | K | T | | | | | |
| 3. American Funds: Small Cap World | A | Dividend | J | T | | | | | |
| 4. American Funds: EuroPacific Growth A | A | Dividend | J | T | | | | | |
| 5. American Funds: New World Fund | A | Dividend | J | T | | | | | |
| 6. American Funds: New Perspective | A | Dividend | J | T | | | | | |
| 7. American Funds: Growth Fund of America | A | Dividend | K | T | | | | | |
| 8. American Funds: Income Fund of America | A | Dividend | J | T | | | | | |
| 9. Hilliard & Lyons Government Fund | A | Dividend | J | T | | | | | |
| 10. Nuveen PFD & CV Inc. | A | Dividend | | | Sold | 06/29/16 | K | A | Public |
| 11. Commonwealth Bank | A | Interest | J | T | | | | | |
| 12. SPDR S & P 500 ETF | A | Dividend | K | T | Buy | 06/30/16 | K | | Public |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. American Funds: Growth Fund of America | A | Dividend | | | Sold | 06/29/16 | K | B | Public |
| 16. American Funds: Small Cap World | A | Dividend | | | Sold | 06/29/16 | J | A | Public |
| 17. American Funds: EuroPacific Growth | A | Dividend | K | T | Sold (part) | 06/29/16 | L | A | Public |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lloyd, Joan A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds: New World Fund | A | Dividend | | | Sold | 06/29/16 | J | A | Public |
| 19. American Funds: New Perspective | C | Dividend | K | T | Sold (part) | 06/29/16 | L | C | Public |
| 20. American Funds: Fundamental Investors | A | Dividend | | | Sold | 06/29/16 | K | A | Public |
| 21. American Funds: Income Fund of America | B | Dividend | | | Sold | 06/29/16 | M | B | Public |
| 22. Pioneer High Yield Fund | B | Dividend | | | Sold | 06/29/16 | K | B | Public |
| 23. Hilliard & Lyons Government Fund | A | Dividend | J | T | | | | | |
| 24. Hilliard & Lyons Money Market | A | Dividend | K | T | | | | | |
| 25. Nuveen PFD & CV, Inc. | A | Dividend | | | Sold | 06/29/16 | J | A | Public |
| 26. Commonwealth Bank | A | Interest | K | T | | | | | |
| 27. John Hancock Disc Value | A | Dividend | L | T | Buy | 06/30/16 | L | | Public |
| 28. ISHARES Morningstar Mid Cap ETF | A | Dividend | K | T | Buy | 06/30/16 | K | | Public |
| 29. T Rowe Price Blue Chip Growth | A | Dividend | L | T | Buy | 06/30/16 | L | | Public |
| 30. Vanguard Small Cap Value Index | A | Dividend | K | T | Buy | 06/30/16 | K | | Public |
| 31. Vanguard High Dividend Yield | B | Dividend | L | T | Buy | 06/30/16 | L | | Public |
| 32. Vanguard Dividend Growth Investor | B | Dividend | L | T | Buy | 06/30/16 | L | | Public |
| 33. Vanguard Small Cap Equity | A | Dividend | K | T | Buy | 06/30/16 | K | | Public |
| 34. Vanguard Mid Cap Value | A | Dividend | K | T | Buy | 06/30/16 | K | | Public |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. D & C Corp. | A | Dividend | J | U | | | | | |
| 36. CST Co. | F | Dividend | N | U | | | | | |
| 37. CST Co. Dall. | A | Dividend | K | U | | | | | |
| 38. J. Lloyd Enterprises, LLC | E | Dividend | N | W | | | | | |
| 39. Washington Mutual Inv. FD | B | Dividend | M | T | | | | | |
| 40. William Blair International Small Cap | A | Dividend | | | Sold | 06/29/16 | J | A | Public |
| 41. Nextera Energy Cap HLDGS | A | Dividend | J | T | | | | | |
| 42. S & P Depository Receipts | A | Dividend | K | T | | | | | |
| 43. SPDR S&P 500 Gold Shares | A | Dividend | K | T | Buy | 06/30/16 | K | | Public |
| 44. SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 45. ISHARES TR Barclays TIPS Bond | A | Dividend | | | Sold | 06/29/16 | K | A | Public |
| 46. ISHARES MSCI EAFE | A | Dividend | | | Sold | 06/29/16 | J | A | Public |
| 47. ISHARES Russell Mid-Cap Value | A | Dividend | J | T | | | | | |
| 48. ISHARES Russell 1000 Value | A | Dividend | | | Sold | 06/29/16 | J | A | Public |
| 49. ISHARES Russell 2000 Index Fund | A | Dividend | | | Sold | 06/29/16 | J | A | Public |
| 50. Vanguard BD Index Funds Mid-Cap. Value | A | Dividend | J | T | Buy | 06/30/16 | J | | Public |
| 51. Vanguard Horizon FDS Strategic Small Cap. | A | Dividend | J | T | Buy | 06/30/16 | J | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Funds Dividend Growth Fund | A | Dividend | K | T | Buy | 06/30/16 | K | | Public |
| 53. Thornburg INVT TR International | A | Dividend | | | Sold | 06/29/16 | J | A | Public |
| 54. PPL Capital Funding | A | Dividend | J | T | | | | | |
| 55. Duke Energy DUKE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 35

D & C Corp. owns commercial real estate in Dallas, Texas. The current vlaue has a book value of approximately $1,500,000. The interest held is fractional.

Part VII, Line 38

J. Lloyd Enterprises, LLC was formed in 2007. It owns an interest in a real estate holding company which owns commercial real estate in Louisville, Kentucky. The current book value of the real estate is $1,488,000. The interest held is fractional.

| Name of Person Reporting | Date of Report |
|---|---|
| Lloyd, Joan A. | 04/26/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan A. Lloyd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544